■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICOLE M. BZDUCH, Appellant. [810 NYS2d 693]—Appeal from a judgment of the Wyoming County Court (Mark H. Dadd, J.), rendered May 18, 2004. The judgment convicted defendant, upon her plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Gorski, Green, Pine and Hayes, JJ.